IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| DENISE WILLIAMS, | § |
| Plaintiff, | § |
| v. | § NO. 3:07CV-0010-P |
| DALLAS COUNTY SCHOOLS, | § |
| Defendant. | § |

**FINAL JUDGMENT**

Pursuant to the Court's Order dated April 7, 2008, the Court issues judgment as follows:

(1) Plaintiff takes nothing from her claims against Defendant, Dallas County Schools;

and

(2) Costs are assessed against Plaintiff.

**IT IS SO ORDERED.**

Signed this 7th day of April, 2008.

_____
JORGE A. SOLIS
UNITED STATES DISTRICT JUDGE